UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 13-42931 |
| | ) | |
| ADAS, RICHARD | ) | |
| ADAS, WANDA | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on September 3, 2014 in Courtroom 742**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date: August 4, 2014            By: /s/ Richard M. Fogel
                                         Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
312-276-1334
rfogel@shawfishman.com

UST Form 101-7-NFR (9/1/2009)

{000 NTC A0236578.DOC 4}

The Honorable:            CAROL A. DOYLE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: ADAS, RICHARD          §    Case No. 13-42931
       ADAS, WANDA           §
                                         §
Debtor(s)                                §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*          $     50,000.00

*and approved disbursements of*           $        404.60

*leaving a balance on hand of* [1]           $     49,595.40

                        **Balance on hand:**          $     49,595.40

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

                 Total to be paid to secured creditors:     $          0.00
                               Remaining balance:     $     49,595.40

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 5,750.00 | 0.00 | 5,750.00 |
| Trustee, Expenses - RICHARD M. FOGEL | 3.07 | 0.00 | 3.07 |
| Attorney for Trustee, Fees - SHAW FISHMAN GLANTZ & TOWBIN LLC | 2,745.00 | 0.00 | 2,745.00 |
| Accountant for Trustee, Fees - POPOWCER KATTEN, | 980.00 | 0.00 | 980.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

LTD.

Total to be paid for chapter 7 administration expenses: $ 9,478.07
Remaining balance: $ 40,117.33

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 40,117.33

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 40,117.33

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,041,038.12 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Express Centurion Bank | 2,677.26 | 0.00 | 103.17 |
| 2U | McCormick 101, LLC | 1,024,385.57 | 0.00 | 39,475.61 |
| 3 | CERASTES, LLC | 13,975.29 | 0.00 | 538.55 |

Total to be paid for timely general unsecured claims: $ 40,117.33
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/RICHARD M. FOGEL
Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:
Richard Adas
Wanda Adas
    Debtors

Case No. 13-42931-CAD
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: lhuley     Page 1 of 2     Date Rcvd: Aug 05, 2014
                  Form ID: pdf006    Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2014.

```
db/jdb     +Richard Adas,    Wanda Adas,    6700 Leroy Ave.,    Lincolnwood, IL 60712-3204
21181608   +American Express,    Po Box 3001,    16 General Warren Blvd,    Malvern, PA 19355-1245
21400309    American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
21181609  ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank Of America,    Po Box 982235,    El Paso, TX 79998)
21181610   +Bank Of America N.A.,    Cach Llc/Square Two Financial,    4340 South Monaco St. 2nd Floor,
             Denver, CO 80237-3485
21181611    BankFinancial,    151060 Frontage Rd,    Attn: Ray Wheeler,    Willowbrook, IL 60527
21181612   +BankFinancial,    48 Orland Square Dr,,    Orland Park, IL 60462-6539
21181613   +Barclays Bank Delaware,    Attn: Bankruptcy,    P.O. Box 8801,    Wilmington, DE 19899-8801
21181614   +Cap1/carsn,    Po Box 30253,    Salt Lake City, UT 84130-0253
21181615    Capital One Services Inc.,    1500 Capital One Drive,    Richmond, VA 23238
21181616   +Chevy Chase Fed Sav Bank,    Capital One/Attn:Bankruptcy,    Po Box 30285,
             Salt Lake City, UT 84130-0285
21181617   +Cook Country Collector,    118 North Clark Street,    Legal Department, Room 112,
             Chicago, IL 60602-1309
21201081    Daimler Trust,    c/o BK Servicing, LLC,    PO Box 131265,    Roseville, MN 55113-0011
21181618   +Expo/cbsd,    Citicards Private Label-Bankruptcy,    Po Box 20483,    Kansas City, MO 64195-0483
21181619   +First Equity Bank,    3956 W Dempster,    Skokie, IL 60076-2236
21181620   +Hsbc/carsn,    Po Box 15521,    Wilmington, DE 19850-5521
21181621    Illinois Department of Revenu,    P.O. Box 19043,    Springfield, IL 62794-9043
21181622   +Mb Fin Svcs,    36455 Corporate Dr,    Farmington Hills, MI 48331-3552
21181623   +McCormick 101 LLC,    c/o Crowley & Lamb P.C.,    221 N. LaSalle St. Suite 1550,
             Chicago, IL 60601-1224
21511985  +++McCormick 101, LLC,    Law Office of Meghan M Hubbard LLC,    105 W Madison Suite 1500,
             Chicago, IL 60602-4602
21181624   +Mercedes Benze Credit,    801 Warrenville,    Lisle, IL 60532-1396
21181626   +Wells Fargo,    P.O. Box 348750,    Sacramento, CA 95834-8750
21181625    Wells Fargo,    P.O. Box 29746,    MAC #S40189-015,    Phoenix, AZ 85038-9746
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21524612   +E-mail/Text: bncmail@w-legal.com Aug 06 2014 01:31:11     CERASTES, LLC,
             C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                               TOTAL: 1
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Lois West and Popowcer Katten Ltd
aty            Shaw Fishman Glantz  Towbin LLC
                                                                                   TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

___

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2014                      Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2014 at the address(es) listed below:
      Alexander Tynkov   on behalf of Joint Debtor Wanda Adas  ecf@zaplawfirm.com,
      atynkov@zaplawfirm.com,ZAPecf@gmail.com
      Alexander Tynkov   on behalf of Debtor Richard Adas  ecf@zaplawfirm.com, atynkov@zaplawfirm.com,
      ZAPecf@gmail.com
      Meghan Hubbard   on behalf of Creditor   McCormick 101, LLC meghan@hubbardlawchicago.com

```
District/off: 0752-1           User: lhuley                Page 2 of 2                   Date Rcvd: Aug 05, 2014
                               Form ID: pdf006             Total Noticed: 24

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard M. Fogel    rfogel@shawfishman.com, il72@ecfcbis.com
              Richard M. Fogel    on behalf of Trustee Richard M. Fogel rfogel@shawfishman.com, il72@ecfcbis.com
                                                                                                     TOTAL: 6
```