**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re:  ADAS, RICHARD | § Case No. 13-42931 |
| ADAS, WANDA | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $12,800.00           Assets Exempt: $43,800.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $40,117.33      Claims Discharged
                                                 Without Payment: $1,191,693.57

Total Expenses of Administration: $9,882.67

---

    3)  Total gross receipts of $    50,000.00    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    0.00    (see **Exhibit 2**), yielded net receipts of $50,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $840,876.72 | $111,777.27 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 9,882.67 | 9,882.67 | 9,882.67 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 2,500.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,148,569.22 | 1,041,038.12 | 1,041,038.12 | 40,117.33 |
| **TOTAL DISBURSEMENTS** | $1,991,945.94 | $1,162,698.06 | $1,050,920.79 | $50,000.00 |

    4) This case was originally filed under Chapter 7 on November 01, 2013. The case was pending for 11 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/06/2014           By: /s/RICHARD M. FOGEL
                                       Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Location: 6700 Leroy Ave., Lincolnwood | 1110-000 | 47,200.00 |
| 8 rooms of furniture and household goods with st | 1129-000 | 2,800.00 |
| **TOTAL GROSS RECEIPTS** | | **$50,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2S | McCormick 101, LLC | 4120-000 | 111,777.27 | 111,777.27 | 0.00 | 0.00 |
| NOTFILED | Cook Country Collector | 4110-000 | 22,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Chevy Chase Fed Sav Bank | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One/Attn:Bankruptcy Capital One Services Inc.* | 4110-000 | 707,099.45 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$840,876.72** | **$111,777.27** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 5,750.00 | 5,750.00 | 5,750.00 |
| RICHARD M. FOGEL | 2200-000 | N/A | 3.07 | 3.07 | 3.07 |
| SHAW FISHMAN GLANTZ & TOWBIN LLC | 3110-000 | N/A | 2,745.00 | 2,745.00 | 2,745.00 |
| POPOWCER KATTEN, LTD. | 3410-000 | N/A | 980.00 | 980.00 | 980.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 39.82 | 39.82 | 39.82 |
| Rabobank, N.A. | 2600-000 | N/A | 58.43 | 58.43 | 58.43 |
| Rabobank, N.A. | 2600-000 | N/A | 69.35 | 69.35 | 69.35 |
| Rabobank, N.A. | 2600-000 | N/A | 76.42 | 76.42 | 76.42 |
| Rabobank, N.A. | 2600-000 | N/A | 71.53 | 71.53 | 71.53 |
| Rabobank, N.A. | 2600-000 | N/A | 69.05 | 69.05 | 69.05 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $9,882.67 | $9,882.67 | $9,882.67 |

**EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Illinois Department of Revenu | 5200-000 | 2,500.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $2,500.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Express Centurion Bank | 7100-000 | 2,644.00 | 2,677.26 | 2,677.26 | 103.17 |
| 2U | McCormick 101, LLC | 7100-000 | 945,498.44 | 1,024,385.57 | 1,024,385.57 | 39,475.61 |
| 3 | CERASTES, LLC | 7100-900 | 12,154.00 | 13,975.29 | 13,975.29 | 538.55 |
| NOTFILED | Hsbc/carsn | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Mb Fin Svcs | 7100-000 | 34,518.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo | 7100-000 | 88,348.78 | N/A | N/A | 0.00 |
| NOTFILED | First Equity Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | BankFinancial | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | 2,644.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 16,277.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America N.A. Cach Llc/Square Two Financial | 7100-000 | 46,485.00 | N/A | N/A | 0.00 |
| NOTFILED | Expo/cbsd Citicards Private Label-Bankruptcy | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Cap1/carsn | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | BankFinancial | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$1,148,569.22** | **$1,041,038.12** | **$1,041,038.12** | **$40,117.33** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-42931  
**Case Name:** ADAS, RICHARD  
ADAS, WANDA  
**Period Ending:** 10/06/14

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 11/01/13 (f)  
**§341(a) Meeting Date:** 12/17/13  
**Claims Bar Date:** 02/19/14

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Location: 6700 Leroy Ave., Lincolnwood<br>Imported from original petition Doc# 1  (See Footnote) | 840,000.00 | 0.00 | | 47,200.00 | FA |
| 2 | Cash<br>Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 3 | Checking with PNC Bank<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 4 | 8 rooms of furniture and household goods with st<br>Imported from original petition Doc# 1  (See Footnote) | 5,000.00 | 2,800.00 | | 2,800.00 | FA |
| 5 | 100% interest in Rawa Inc. - IL corporation - on<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 6 | used personal clothing<br>Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 7 | Costume jewelery (watches etc.)<br>Imported from original petition Doc# 1 | 1,200.00 | 0.00 | | 0.00 | FA |
| 8 | Term life with Fort Dearborn<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Pension through Cook County<br>Imported from original petition Doc# 1 | Unknown | Unknown | | 0.00 | FA |
| 10 | 100% ownership of Richard & Wanda Partnership<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 11 | 2004 Porche Cyan<br>Imported from original petition Doc# 1 | 7,000.00 | 0.00 | | 0.00 | FA |
| 12 | 1998 Mercedes ML (200,000 miles)<br>Imported from original petition Doc# 1 | 1,500.00 | 0.00 | | 0.00 | FA |
| **12** | **Assets**   **Totals** (Excluding unknown values) | **$857,800.00** | **$2,800.00** | | **$50,000.00** | **$0.00** |

RE PROP# 1    Estate's interest sold subject to liens, claim and encumbrances per o/c 1-16-14  
RE PROP# 4    Estate's interest sold per o/c 1-16-14

---

**Major Activities Affecting Case Closing:**

Assets have been administered.  Government claims bar date is April 30.  Trustee must file estate income tax returns.

Printed: 10/06/2014 06:18 AM    V.13.15

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-42931  
**Case Name:** ADAS, RICHARD  
                ADAS, WANDA  
**Period Ending:** 10/06/14

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 11/01/13 (f)  
**§341(a) Meeting Date:** 12/17/13  
**Claims Bar Date:** 02/19/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** December 31, 2014      **Current Projected Date Of Final Report (TFR):** August 4, 2014 (Actual)

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 13-42931 | **Trustee:** | RICHARD M. FOGEL (330720) | |
| **Case Name:** | ADAS, RICHARD | **Bank Name:** | Rabobank, N.A. | |
| | ADAS, WANDA | **Account:** | ******6966 - Checking Account | |
| **Taxpayer ID #:** | **-***2078 | **Blanket Bond:** | $5,000,000.00  (per case limit) | |
| **Period Ending:** | 10/06/14 | **Separate Bond:** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/23/13 | {1} | MARIANNA HANEK | Earnest money deposit for purchase of assets, subject to court approval on 1/16/14 | 1110-000 | 5,000.00 | | 5,000.00 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,990.00 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,980.00 |
| 02/03/14 | | MARIANNA HANEK | Balance due on purchase of right, title and interest, per o/c 1-16-14 | | 45,000.00 | | 49,980.00 |
| | {4} | | 2,800.00 | 1129-000 | | | 49,980.00 |
| | {1} | | 42,200.00 | 1110-000 | | | 49,980.00 |
| 02/04/14 | 101 | INTERNATIONAL SURETIES, LTD. | Surety bond premium #016026455 | 2300-000 | | 39.82 | 49,940.18 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 58.43 | 49,881.75 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 69.35 | 49,812.40 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 76.42 | 49,735.98 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 71.53 | 49,664.45 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 69.05 | 49,595.40 |
| 09/03/14 | 102 | SHAW FISHMAN GLANTZ & TOWBIN LLC | Dividend paid 100.00% on $2,745.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,745.00 | 46,850.40 |
| 09/03/14 | 103 | POPOWCER KATTEN, LTD. | Dividend paid 100.00% on $980.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 980.00 | 45,870.40 |
| 09/03/14 | 104 | American Express Centurion Bank | 3.85% dividend on Claim # 1, Ref: XXXXXXXXXXXX4993 | 7100-000 | | 103.17 | 45,767.23 |
| 09/03/14 | 105 | McCormick 101, LLC | 3.85% dividend on Claim # 2U, Ref: | 7100-000 | | 39,475.61 | 6,291.62 |
| 09/03/14 | 106 | CERASTES, LLC | 3.85% dividend on Claim # 3, Ref: XXXXXXXXXXX8250 | 7100-900 | | 538.55 | 5,753.07 |
| 09/03/14 | 107 | RICHARD M. FOGEL | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 5,753.07 | 0.00 |
| | | | Dividend paid 100.00%   5,750.00 on $5,750.00;  Claim# A; Filed: $5,750.00 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%   3.07 on $3.07;  Claim# B; Filed: $3.07 | 2200-000 | | | 0.00 |
| | | | ACCOUNT TOTALS | | 50,000.00 | 50,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 50,000.00 | 50,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$50,000.00** | **$50,000.00** | |

{} Asset reference(s)

Printed: 10/06/2014 06:18 AM    V.13.15

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 13-42931  
**Case Name:** ADAS, RICHARD  
ADAS, WANDA  
**Taxpayer ID #:** **-***2078  
**Period Ending:** 10/06/14

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6966 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :   50,000.00
_____
Net Estate :   $50,000.00

| | | | | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|---|---|---|
| | | **TOTAL - ALL ACCOUNTS** | | | | | |
| | | **Checking # ******6966** | | | **50,000.00** | **50,000.00** | **0.00** |
| | | | | | **$50,000.00** | **$50,000.00** | **$0.00** |